# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155797

DAVID WATKINS,
       Plaintiff-Appellee,

v

                                          SC:  155797
                                          COA:  336113

AUTO CLUB INSURANCE ASSOCIATION,
       Defendant-Appellant.

                                          Wayne CC:  15-006276-NF

_____/

       On order of the Court, the application for leave to appeal the April 11, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

       BERNSTEIN, J., did not participate because he has a family member with an interest that could be affected by the proceeding.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2018



s1220

                                   Clerk